IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.: 3:10cr112 |
| | ) | |
| v. | ) | ORDER FOR |
| | ) | BENCH WARRANT |
| PATRICK LEWIS PARKS | ) | |
| a/k/a "Pat" | ) | |

The Clerk of Court is hereby directed to issue a warrant for the above-named defendant, PATRICK LEWIS PARKS, a/k/a "Pat", as requested by the United States Attorney. Amount and conditions of bond to be set by the United States Magistrate Judge before whom the defendant initially appears.

_____
UNITED STATES MAGISTRATE JUDGE

Columbia, South Carolina

February 3, 2010

I SO MOVE:

KEVIN F. McDONALD
ACTING UNITED STATES ATTORNEY

BY: _____
Julius N. Richardson (ID # 9823)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
(803) 929-3000