AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

United States of America
v.

PATRICK LEWIS PARKS
a/k/a "Pat"

*Defendant*

Case No. 3:10-cr-00112

**SEALED**

RECEIVED 2010 FEB -5 PM 3:04 UNITED STATES MARSHALS COLUMBIA, SC

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     PATRICK LEWIS PARKS a/k/a "Pat"                                          ,
who is accused of an offense or violation based on the following document filed with the court:

X  Indictment          ☐ Superseding Indictment       ☐ Information      ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition      ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2

21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), 841(b)(1)(C)

Date:  February 3, 2010

City and state:   Columbia, SC

s/Caitlin M. Williams
*Issuing officer's signature*

Caitlin M. Williams - Case Manager
*Printed name and title*

RECEIVED 2010 FEB 25 P 3:51 USDC CLERK, COLUMBIA

### Return

This warrant was received on *(date)* 2-5-10, and the person was arrested on *(date)* 2-25-10
at *(city and state)* Columbia, SC.

Date: 2-25-10

Jod Briggs SA DEA
*Arresting officer's signature*

By: Debra Bee
*Printed name and title*