IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

**UNITED STATES OF AMERICA**

**VS**                                          CR NO. <u>3:10-112</u>

**PATRICK LEWIS PARKS**


# PLEA

The defendant, **PATRICK LEWIS PARKS**, having withdrawn his plea of Not Guilty entered 2/25/10, pleads **GUILTY** to Count **1** of the **Indictment** after arraignment in open court.

_____
(Signed) Defendant

Columbia, South Carolina
April 27, 2010