IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR No.: 3:10-112-JFA |
| ) | |
| v. ) | ORDER |
| ) | |
| PATRICK PARKS ) | |
| ) | |
| _____ ) | |

Upon motion of the defendant under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

IT IS ORDERED that the motion (ECF No. 82) is DENIED. The defendant's guideline range was based upon his being found to be a Career Offender. Therefore, defendant's Guidelines sentencing range, adopted by this court at sentencing, is unaffected by Amendment 750.

IT IS SO ORDERED.

January 17, 2012                    Joseph F. Anderson, Jr.
Columbia, South Carolina            United States District Judge